STATE OF NEW JERSEY v. ABRAHAM A. CHAPLAN.

June 12, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES W. ALEXANDER.

June 12, 1980.

Petition for certification denied.

SOUTH SEASIDE PARK VOTERS & TAXPAYERS ASSO-
CIATION, INC. v. TOWNSHIP COMMITTEE OF THE
TOWNSHIP OF BERKELEY.

June 12, 1980.

Petition for certification denied.